UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT HARRISON KALK, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:22-cv-00243 |
| GLENN FUNK, | ) |  |
| Defendant. | ) |  |

### ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 35) recommending the Court grant Defendant Glenn Funk's Motion to Dismiss (Doc. No. 27). Kalk, proceeding *pro se*, failed to file a timely objection.

A party's failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with the Magistrate Judge's recommended disposition. Thus, the R&R (Doc. No. 35) is **APPROVED AND ADOPTED**. Defendant Funk's Motion to Dismiss (Doc. No. 27) is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE